An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

LAMALSIKOU LOWE,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68887

**FILED**

NOV 13 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DENYING PETITION

This is a pro se petition for a writ of habeas corpus. Petitioner alleges a judicial conflict of interest, improper conduct by his previous appointed counsel, failure to produce *Brady*[1] materials, various errors regarding a material witness, and other constitutional violations. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. A challenge to the validity of the judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance.[2] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

---

[1]*Brady v. Maryland*, 373 U.S. 83 (1963).

[2]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-34670

cc: Hon. William D. Kephart, District Judge
Lamalsikou Lowe
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A